IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

DWIGHT DENNIS,
Agency No.: A-079444966,

      Petitioner,

v.                                   CASE NO.  4:10cv445-SPM/WCS

ERIC H. HOLDER, JR., et al.,

      Respondents.

_____/

## **ORDER**

      THIS CAUSE comes for before the Court on the magistrate judge's Report and Recommendation (doc. 25).  Petitioner has been furnished a copy and has filed a response (doc. 26), which the Court will treat as an objection  pursuant to Title 28, United States Code, Section 636(b)(1).

      Despite the objection, I have determined that the report and recommendation and order are correct and should be adopted.  Accordingly, it is

      ORDERED AND ADJUDGED:

      1.     The magistrate judge's report and recommendation (doc. 25) is ADOPTED and incorporated by reference in this order.

      2.     The petition for writ of habeas corpus (doc. 1) filed by Dwight

Dennis pursuant to 28 U.S.C. § 2241 is denied.

DONE AND ORDERED this 11th day of October, 2011.

*s/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge

CASE NO.  4:10cv445-SPMWCS